**UNITED STATES OF AMERICA,**
Appellee,

v.

**Lorenzo DIAZ, Appellant.**

**No. 00–3569.**

United States Court of Appeals,
Eighth Circuit.

Submitted May 30, 2001.

Decided June 5, 2001.

PER CURIAM.

In this appeal following the grant of a reduction in sentence under Federal Rule of Criminal Procedure 35(b), Lorenzo Diaz challenges the sentence imposed by the district court.[1] His counsel has filed a brief and moved to withdraw pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the district court did not explain adequately its downward departure. Counsel's arguments amount to a challenge of the extent of the departure. We have no jurisdiction to review on such grounds. *See United States v. Coppedge,* 135 F.3d 598, 599 (8th Cir.1998) (per curiam) (dismissing appeal where *Anders* brief challenged extent of Rule 35(b) reduction because appeal is not based on any criteria listed in 18 U.S.C. § 3742(a)).

Accordingly, we dismiss this appeal for lack of jurisdiction, and grant defense counsel's motion to withdraw. We also grant Diaz's motion to seal the *Anders* brief and we direct the clerk to seal both the brief and the Rule 35(b) hearing transcript.

Before MORRIS SHEPPARD ARNOLD, BEAM, and BYE, Circuit Judges.

1. The Honorable Michael J. Melloy, United States District Judge for the Northern District of Iowa.